UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BRECK COLQUETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERIDIAN SECURITY INSURANCE COMPANY, <br><br> Defendant. | No. 5:24-CV-162-H |

### ORDER OF DISMISSAL

Before the Court is the parties' Agreed Stipulation of Dismissal With Prejudice. Dkt. No. 14. The Court construes the stipulation as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation of dismissal is approved. It is ordered that the plaintiffs' claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on June 16, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE